# In the United States Court of Federal Claims

No. 19-1738

Filed: February 21, 2020

|  |  |
|---|---|
| NATHAN HILL, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| THE UNITED STATES, | ) |
|  | ) |
| Defendant. | ) |

**ORDER FILING PLAINTIFF'S FEBURARY 18, 2020 FILING BY THE COURT'S LEAVE AND DISMISSING CASE FOR FAILURE TO PROSECUTE**

On November 6, 2019, plaintiff, Nathan Hill, proceeding *pro se*, filed a complaint and an incomplete application to proceed *in forma pauperis* with this Court. On December 19, 2019, consistent with Rule 77.1(c) of the Rules of the Court of Federal Claims ("RCFC"), the Court ordered the plaintiff to "either pay the full $400.00 filing fee by money order or check or submit a complete application to proceed *in forma pauperis* within thirty (30) days of this Order." Specifically, the Court requested from plaintiff a certified copy of his trust fund statement or institutional equivalent for the six-month period immediately preceding the filing of his Complaint as directed in 28 U.S.C. § 1915(a)(2) (2018).

On February 18, 2020, plaintiff filed what appears to be an additional incomplete application to proceed *in forma pauperis*, in which plaintiff again failed to include a certified copy of plaintiff's trust fund statement or institutional equivalent. *See* 28 U.S.C. § 1915(a)(2). Though plaintiff submitted that filing after the deadline set forth in the Court's December 19, 2019 Order, for good cause shown, the Court accepts that filing. Additionally, the Clerk is directed to **FILE BY LEAVE** plaintiff's February 18, 2020 filing.

To date, the Court has not received a certified copy of plaintiff's trust fund statement. As such, the Court has no choice but to **DISMISS** plaintiff's case without prejudice for failure to prosecute pursuant to RCFC 41(b). The Clerk is hereby directed to enter judgment consistent with this Order.

**IT IS SO ORDERED.**

Loren A. Smith, Senior Judge